AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

HICA Education Loan Corporation

V.

Louis B. Goudanis

CASE NUMBER: 12-CV-7842

ASSIGNED JUDGE: Magistrate General

DESIGNATED MAGISTRATE JUDGE: Michael T. Mason

TO: (Name and address of Defendant)

Louis B. Goudanis
111 Julie Drive
Glenview, IL 60025-4846

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maureen M. Connolly
Weltman, Weinberg & Reis Co., LLC
180 N. LaSalle St., Suite 2400
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

THOMAS G. BRUTON, CLERK

*Jacqueline Hutchinson*

(By) DEPUTY CLERK

DATE 10-5-12

DATE October 1, 2012

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>    DATE: Oct 5, 2012

NAME OF SERVER (PRINT): William Carlson    TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: residence at 111 Julie Drive, Glenview, Ill 60025

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-5-12

Signature of Server

Address of Server: 1508 Elmwood, Evanston, Ill 60201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.